UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WILLIAM L. SNEAD,

    Plaintiff,

                                                                                                File No. 2:11-CV-288

v.

                                                                                                HON. ROBERT HOLMES BELL

STATE OF WISCONSIN, et al.,

    Defendants.
                                               /

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

      On May 2, 2012, United States Magistrate Judge Timothy P. Greeley issued a report and recommendation ("R&R") recommending that Plaintiff William L. Snead's complaint be dismissed pursuant Rule 4(m) of the Federal Rules of Civil Procedure for failure to serve the named defendants. (Dkt. No. 4, R&R.) Plaintiff has not filed any objections to the R&R, and the deadline for doing so has expired. Upon review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

      **IT IS HEREBY ORDERED** that the Magistrate Judge's May 2, 2012, R&R (Dkt. No. 4) is **APPROVED** and **ADOPTED** as the opinion of the Court.

      **IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.


Dated: June 20, 2012                                        /s/ Robert Holmes Bell
                                                                   ROBERT HOLMES BELL
                                                                   UNITED STATES DISTRICT JUDGE